1  GEORGE KEZIOS
   LAW OFFICES OF GEORGE KEZIOS
2  25876 The Old Road, Suite 295
   Stevenson Ranch, California 91381
3  (818)986-4041

4  State Bar No.: 128353

5
   Attorneys for Plaintiff
6  Virgil Brown

7

8

9              **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT**

11

12 | VIRGIL BROWN,                          ) Case No.: CIV.S-01-0610 DFL
                                            ) PAN-PS
13 |            Plaintiff,                  )
                                            ) SUBSTITUTION OF ATTORNEY
14 |       vs                               )
                                            )
15 | CITY OF SACRAMENTO, ART                )
     VENEGAS, HARRISON SUGAWARA,            )
16 | LAURA ABE, D. ROSEN, MICHAEL           )
     GALIPEAU, AND DOES 1-50, inclusive     )
17                                          )
                                            )
18 |            Defendants.                 )
                                            )

-1-

| | |
|---|---|
| 1 | Plaintiff Virgil Brown, hereby substitutes Reed McLurkin, 3200 Wilshire Blvd, |
| 2 | South Tower, Suite 1040, Los Angeles, California 90010, as attorney(s) of record in the place |
| 3 | and stead of George Kezios, 25876 The Old Road, Suite 295, Stevenson Ranch, California |
| 4 | 91381, (818)986-4041 |

Dated: August 22, 2005        _____\s_____
                              Virgil Brown, Signature of Party

I consent to the substitution

Dated: August 18, 2005        _____\s_____
                              George Kezios, Signature of Present Attorney

Above substitution accepted

Dated: August 18, 2005        _____\s_____
                              Reed McLurkin, Signature of New Attorney

IT IS SO ORDERED:

Dated: 8/23/2005

_____
DAVID F. LEVI
United States District Judge

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action;  my business address is 25876 The Old Road, Suite 295, Stevenson Ranch, California 91381.

On August 22, 2005, I served the foregoing document described as:

SUBSTITUTION OF ATTORNEY

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Bruce Kilday<br>Angelo, Kilday & Kilduff<br>601 University Avenue, Suite 150<br>Sacramento, California 95825 | Virgil Brown<br>7140 Bellaire Ave, 112<br>North Hollywood, CA 91605<br><br>Reed L. McLurkin<br>3200 Wilshire Blvd, Suite 1040<br>Los Angeles, California 90010<br>Fax 213-386-1800 |

[X]  (BY MAIL)

    [X ]    I deposited such envelope in the mail at Sherman Oaks, California. The envelope was mailed with postage thereon fully prepaid.

[ ]     (BY FAX)     I delivered such document by telephonic transmission by fax to the offices listed above, and whose fax transmission Number is .

[ ]     (BY PERSONAL SERVICE) I delivered such envelope by hand to the office of the addressee.

Executed on August 22, 2005, at Santa Clarita, California.

[X]     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[ ]     (STATE)     I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

                                \s\
_____