IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIRGIL L. BROWN,

      Plaintiff,　　　　　　　　　　No. CIV S-01-0610 JAM EFB

  vs.

HARRISON SUGAWARA,　　　　　　　ORDER RE SETTLEMENT & DISPOSITION

      Defendant.
_____/

      Pursuant to the representations of all counsel appearing at a Settlement Conference conducted in Chambers on July 25, 2008, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than fourteen (14) days from the date of this order.

      All hearing dates set in this matter, including the August 4, 2008, jury trial are **VACATED.**

////

////

////

////

1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2    IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3    CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.
4    IT IS SO ORDERED.
5    DATED: July 25, 2008.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE