IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIRGIL L. BROWN,

        Plaintiff,                       No. CIV S-01-0610 JAM EFB

    vs.

HARRISON SUGAWARA,              <u>ORDER</u>

        Defendant.
                                   /

        Pursuant to the representations of all counsel appearing at a Settlement Conference conducted in Chambers on July 25, 2008, the court determined that the above-captioned case had settled. Accordingly, on July 25, 2008, the court directed the parties to file documents disposing of the case within 14 days. That time period has now expired. On September 12, 2008, counsel for defendants requested an extension of time for the parties to comply with the court's July 25, 2008, order.

        Good cause appearing, the September 12, 2008, request is granted and the deadline by which the parties must file documents disposing of the case is enlarged by 30 days.

        SO ORDERED.

DATED: September 15, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE