IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIRGIL L. BROWN,

        Plaintiff,　　　　　　　　No. CIV S-01-0610 JAM EFB

  vs.

ORDER TO SHOW CAUSE

HARRISON SUGAWARA,

        Defendant.
_____/

     The above-captioned case settled at a settlement conference conducted before the undersigned on July 25, 2008. Accordingly, the court ordered the parties to file documents disposing of the case within fourteen days. That order provided in pertinent part that: "Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order." Order, filed July 25, 2008, at 2:1-3.

     On September 12, 2008, counsel for defendant requested an extension of the deadline set in the court's July 25, 2008, order. Good cause appearing, the court extended the deadline by thirty days. *See* Order, filed September 15, 2008.

     The time period set in the court's September 15, 2008, order has expired and the parties have failed to file dispositional documents or otherwise respond to the court's order.

////

1

1  Accordingly, the parties are ordered to appear before the undersigned on February 4,
2  2009, at 10:00 a.m. in Courtroom #25 to SHOW CAUSE why sanctions should not be imposed
3  for their failure to comply with this court's July 25, 2008, order, as modified on September 15,
4  2008. All counsel shall appear personally.
5  Counsel found to have willfully disobeyed this court's order may be taxed the costs of
6  opposing counsel's appearance at the show cause hearing in addition to any and all sanctions
7  imposed.
8  So Ordered.
9  DATED: January 20, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE