BRUCE A. KILDAY, ESQ., SBN. 066415
SUSAN A. DeNARDO, ESQ., SBN 235166
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave. Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant HARRISON SUGAWARA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL L. BROWN, | Case No.: 2:01-CV-00610-JAM-EFB |
| Plaintiff, | **DISMISSAL STIPULATION** |
| vs. | |
| CITY OF SACRAMENTO, ART VENEGAS, HARRISON SUGAWARA, LAURA ABE, D. ROSEN, MICHAEL GALIPEAU, et al., | |
| Defendants. | |

The parties to this action, through their respective counsel, hereby stipulate that this action shall be dismissed with prejudice.  It is further stipulated that all parties are to bear their own costs and attorney's fees.

Dated: 2/4/09                                ANGELO, KILDAY & KILDUFF

                                             */s/ Bruce A. Kilday*
                                          By:_____
                                             BRUCE A. KILDAY
                                             SUSAN A. DeNARDO
                                             Attorneys for Defendant,
                                             CITY OF SACRAMENTO

-1-
DISMISSAL STIPULATION

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
|1| Dated:  2/4/09 | Law Offices of Reed McLurkin |
|2| | */s/ Reed McLurkin* |
|3| | By:_____ |
| | | REED McLURKIN |
|4| | Attorneys for Plaintiff |
|5| | VIRGIL BROWN |

## **ORDER**

IT IS SO ORDERED.

Dated:  February 4, 2009        /s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com